IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ULTRATECH INTERNATIONAL, INC.,
a Florida corporation,

    Plaintiff,

v.

ABSORBENT SPECIALTY PRODUCTS, LLC,
a Rhode Island limited liability company,

    Defendant.

Case No. 3:24-cv-513-MMH-MCR

### RESPONSE TO SHOW CAUSE ORDER AND MOTION FOR ADDITIONAL TIME TO SERVE COMPLAINT

  Plaintiff ULTRATECH INTERNATIONAL, INC. ("Plaintiff" or "UltraTech") responds to the Court's Show Cause Order dated August 30, 2024, and moves the Court for entry of an Order allowing the Plaintiff an additional 30 days to serve the Complaint if Defendant does not accept service. Plaintiff states:

1. In this case, Plaintiff and Defendant sell competing products. Plaintiff seeks a declaration that its product does not directly or indirectly infringe United States Patent No. 9,297,134 ("the '134 patent").

2. After filing the complaint, a copy of the complaint was furnished to Defendant's counsel in an effort to discuss resolution of the case before the parties spend time and money litigating.

3. At the same time, Defendant has been prosecuting a patent with the U.S. Patent and Trademark Office ("USPTO") which covers the competing product sold by Plaintiff.

4. The USPTO recently notified Plaintiff that its patent application has been approved

(the Issue Notification). Plaintiff has not yet received the issued patent but expects to receive it within days.

5. Plaintiff believes that its patent recently approved by the USPTO will provide valuable information and insight which will help the parties resolve the case.

WHEREFORE, Plaintiff respectfully requests an additional thirty days to effectuate service or dismiss the case upon resolution.

**LIPPES & BRYAN, P.A.**

*/s/ Harold S. Lippes*_____
Harold S. Lippes, Esquire
Florida Bar No. 356591
700 Ponte Vedra Lakes Blvd.
Ponte Vedra Beach, FL 32082
(904) 686-1500 - Telephone
(904) 686-1409 – Facsimile
hlippes@bellsouth.net - email
Attorneys for Plaintiff